George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@freedomlegalteam.com
*Attorneys for Plaintiff Gail Belcher*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Gail Belcher,<br><br>Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.; Trans Union, LLC; American Express, Inc., Capital One Bank, USA, NA; Synchrony Financial dba SYNCB/Amazon; and Discover Financial Services, Inc.,<br><br>Defendants. | Case No.: 2:23-cv-00072-CDS-NJK<br><br>**Motion for an extension of time for Defendant Experian Information Solutions, Inc. to respond to Plaintiff's complaint**<br><br>**First request** |

Gail Belcher ("Plaintiff"), by and through counsel, hereby requests an extension of time for Defendant Experian Information Solutions, Inc. ("Defendant") to respond to Plaintiff's complaint. Defendant's responsive pleading is currently due on February 8, 2022. This is the first request for an extension of this deadline.

The extension is sought because the parties are engaged in active

MOTION         - 1 -

1  settlement discussions and informal discovery to assist the case resolution
2  efforts. Plaintiff does not oppose an extension of Defendant's time to answer
3  the complaint so that the parties may devote their energies to resolving this
4  matter.

5        In good faith and not for the purposes of delay, Plaintiff submits this
6  motion, on behalf of Defendant, and requests that this Court extend Defendant's
7  deadline to file its responsive pleading until on or before **February 28, 2023**.

8        Dated: January 31, 2023.

10  **FREEDOM LAW FIRM, LLC**

11  /s/ Gerardo Avalos
12  George Haines, Esq.
    Gerardo Avalos, Esq.
13  8985 South Eastern Ave., Suite 350
14  Las Vegas, NV 89123
    *Attorneys for Plaintiff*

18        IT IS SO ORDERED:

20  _____
21  UNITED STATES MAGISTRATE JUDGE

22  DATED: February 1, 2023

MOTION       - 2 -