Jeff Silvestri, Esq. (NSBN 5779)
Karyna M. Armstrong, Esq. (NSBN 16044)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
jsilvestri@mcdonaldcarano.com
karmstrong@mcdonaldcarano.com

*Attorneys for Defendant Capital One, N.A.,
erroneously sued as "Capital One Bank,
USA, N.A."*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GAIL BELCHER, | Case No. 2:23-CV-00072-CDS-NJK |
| Plaintiff, | |
| v. | **ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; AMERICAN EXPRESS, INC.; CAPITAL ONE BANK USA, N.A.; SYNCHRONY FINANCIAL dba SYNCB/AMAZON; and DISCOVER FINANCIAL SERVICES, INC. | **(FIRST REQUEST)** |
| Defendants. | |

Pursuant to Local Rule 6-1 and 6-2, defendant Capital One, N.A., successor by merger to Capital One Bank (USA), N.A., erroneously sued as "Capital One Bank, USA, N.A." ("Capital One"), and plaintiff Gail Belcher ("Plaintiff") (collectively, "Parties"), by and through their counsel of record, hereby submit this Stipulation and Order to Extend Capital One's Time to Respond to the Complaint by thirty (30) days, as follows:

**WHEREAS:**

1.       Plaintiff filed the Complaint in this matter on January 12, 2023;

2.       Plaintiff caused a copy of the Summons and Complaint to be served on Capital One on January 18, 2023, which provides for a responsive pleading deadline of February 8, 2023;

3.       The Parties agree that an extension of time for Capital One to file its responsive pleading to the Complaint would benefit both Parties because it will allow them to continue to

1 | gather additional facts and information while devoting their resources to exploring the potential

2 | for early resolution of this matter before incurring further fees and costs;

3 |     4.    The Parties have conferred and agree the request is made in good faith and not

4 | for the purposes of unnecessary delay;

5 |     5.    Capital One and Plaintiff have agreed to extend Capital One's deadline to

6 | respond to Plaintiff's Complaint by thirty (30) days to March 10, 2023.

7 |     6.    This is the first extension sought in connection with this deadline;

8 |     7.    Neither Plaintiff nor any other party to this action will be prejudiced by the court

9 | granting Capital One the requested relief.

10 |     **NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

11 |     Capital One's time to file a responsive pleading to Plaintiff's Complaint is extended.

12 | Capital One shall file its responsive pleading to Plaintiff's Complaint on or before March 10,

13 | 2023.

14 | DATED: February 6, 2023            DATED:  February 6, 2023

15 | FREEDOM LAW FIRM            MCDONALD CARANO LLP

16 | By: /s/   *Gerardo Avalos*            By: /s/  *Karyna M. Armstrong*

17 |     George Haines (NSBN 9411)        Jeff Silvestri (NSBN 5779)
    Gerardo Avalos (NSBS 15171)       Karyna M. Armstrong (NSBN 16044)

18 |     8995 S. Eastern Ave., Ste. 350      2300 West Sahara Avenue, Ste. 1200
    Las Vegas, Nevada 89123         Las Vegas, Nevada 89102

19 |     ghaines@freedomlegalteam.com    jsilvestri@mcdonaldcarano.com
    gavalos@freedomlegalteam.com    karmstrong@mcdonaldcarano.com

20 |

21 |     *Attorneys for Plaintiff Gail Belcher*     *Attorneys for Defendant Capital One, N.A.,*
    *erroneously sued as "Capital One Bank,*
    *USA, N.A.*

22 |

23 |

24 |                 **IT IS SO ORDERED:**

25 |

26 |                 UNITED STATES MAGISTRATE JUDGE

27 |                 DATED: _ February 7, 2023

28 |