KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

Attorneys for Defendant American Express National Bank

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GAIL BELCHER,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; AMERICAN EXPRESS, INC.; CAPITAL ONE BANK, USA, NA; SYNCHRONY FINANCIAL dba SYNCB/AMAZON; and DISCOVER FINANCIAL SERVICES, INC.,<br><br>Defendants. | Case No. 2:23-cv-00072-CDS-NJK<br><br>**ORDER TO EXTEND DEADLINE TO RESPOND**<br><br>**(FIRST REQUEST)** |

Plaintiff Gail Belcher and American Express National Bank ("Amex"), erroneously sued as American Express, Inc., stipulate that the deadline for Amex to respond to the complaint (ECF No. 1) be extended from February 17, 2023 until March 17, 2023.

This is the first extension sought in connection with this deadline and is requested to permit the recently hired counsel for Amex sufficient time to investigate the allegations in the complaint, assess the possibility of settlement, and, if necessary, prepare Amex's response.

| FREEDOM LAW FIRM | KAEMPFER CROWELL |
|---|---|
| /s/ Gerardo Avalos | /s/ Sihomara L. Graves |
| George Haines, No. 9411 | Robert McCoy, No. 9121 |
| Gerardo Avalos, No. 15171 | Sihomara L. Graves, No. 13239 |
| 8985 South Eastern Avenue, Suite 350 | 1980 Festival Plaza Drive, Suite 650 |
| Las Vegas, Nevada 89123 | Las Vegas, Nevada 89135 |
| Attorney for Plaintiff Gail Belcher | Attorneys for Defendant American Express National Bank |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 7, 2023