```
 1  KAEMPFER CROWELL
    Robert McCoy, No. 9121
 2  Sihomara L. Graves, No. 13239
    1980 Festival Plaza Drive, Suite 650
 3  Las Vegas, Nevada 89135
    Telephone: (702) 792-7000
 4  Facsimile: (702) 796-7181
    Email: rmccoy@kcnvlaw.com
 5  Email: sgraves@kcnvlaw.com

 6  Attorneys for Defendant American
    Express National Bank
 7
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GAIL BELCHER, | Case No. 2:23-cv-00072-CDS-NJK |
| Plaintiff, | |
| vs. | **ORDER TO EXTEND DEADLINE TO RESPOND** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; AMERICAN EXPRESS, INC.; CAPITAL ONE BANK, USA, NA; SYNCHRONY FINANCIAL dba SYNCB/AMAZON; and DISCOVER FINANCIAL SERVICES, INC., | **(SECOND REQUEST)** |
| Defendants. | |

Plaintiff Gail Belcher and American Express National Bank ("Amex"), erroneously sued as American Express, Inc., stipulate that the deadline for Amex to respond to the complaint (ECF No. 1) be extended from March 17, 2023 until March 31, 2023. This is the second extension sought in connection with this deadline.

This extension is requested to permit the parties time to continue their ongoing settlement negotiations in an attempt to reach an early resolution of this matter.

| FREEDOM LAW FIRM | KAEMPFER CROWELL |
|---|---|
| /s/ Gerardo Avalos | *[signature]* |
| George Haines, No. 9411<br>Gerardo Avalos, No. 15171<br>8985 South Eastern Avenue, Suite 350<br>Las Vegas, Nevada 89123 | Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 |
| Attorney for Plaintiff<br>Gail Belcher | Attorneys for Defendant American Express National Bank |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 17, 2023