1  KAEMPFER CROWELL
   Robert McCoy, No. 9121
2  Sihomara L. Graves, No. 13239
   1980 Festival Plaza Drive, Suite 650
3  Las Vegas, Nevada 89135
   Telephone: (702) 792-7000
4  Facsimile: (702) 796-7181
   Email: rmccoy@kcnvlaw.com
5  Email: sgraves@kcnvlaw.com

6  Attorneys for Defendant American
   Express National Bank
7

8                UNITED STATES DISTRICT COURT

9                    DISTRICT OF NEVADA

10 | GAIL BELCHER,              | Case No. 2:23-cv-00072-CDS-NJK
11 |        Plaintiff,           |
12 | vs.                         | **ORDER TO EXTEND DEADLINE TO RESPOND**
13 | EXPERIAN INFORMATION        |
   | SOLUTIONS, INC.; TRANS UNION,| **(THIRD REQUEST)**
14 | LLC; AMERICAN EXPRESS, INC.;|
   | CAPITAL ONE BANK, USA, NA;  |
15 | SYNCHRONY FINANCIAL dba     |
   | SYNCB/AMAZON; and DISCOVER  |
16 | FINANCIAL SERVICES, INC.,   |
17 |        Defendants.          |

18

19     Plaintiff Gail Belcher and American Express National Bank

20 ("Amex"), erroneously sued as American Express, Inc., stipulate that the deadline

21 for Amex to respond to the complaint (ECF No. 1) be extended from March 31,

22 2023 until April 14, 2023.  This is the third extension sought in connection with

23 this deadline.

24

3390097_1  19717.9                                        Page 1 of 2

The parties are actively working on settling this matter. This extension is requested to permit the parties time to continue their ongoing settlement negotiations in an attempt to reach an early resolution of this matter before incurring additional fees and costs.

| FREEDOM LAW FIRM | KAEMPFER CROWELL |
|---|---|
| /s/ Gerardo Avalos | *[signature]* |
| George Haines, No. 9411<br>Gerardo Avalos, No. 15171<br>8985 South Eastern Avenue, Suite 350<br>Las Vegas, Nevada 89123 | Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 |
| Attorney for Plaintiff<br>Gail Belcher | Attorneys for Defendant American Express National Bank |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 31, 2023