*George Haines, Esq.*
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff(s)*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Gail Belcher,<br><br>　　　　Plaintiff<br><br>v.<br><br>Experian Information Solutions, Inc., Trans Union, LLC, American Express, Inc., Capital One Bank, USA, NA, Synchrony Financial dba SYNCB/Amazon and Discover Financial Services, Inc.,<br><br>　　　　Defendants | Case No.: 2:23-cv-00072-CDS-NJK<br><br>**Order Granting Stipulation for dismissal of American Express, Inc. ~~Union~~ with prejudice.** |

　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Gail Belcher and American Express, Inc. stipulate to dismiss Plaintiff's claims against American Express, Inc. with prejudice.

///

Each party will bear its own costs, disbursements, and attorney fees.

Dated: 12 June 2023.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff(s)*

**KAEMPFER CROWELL**

/s/ Robert McCoy
Robert McCoy, Esq.
Sihomara Graves, Esq.
Kaempfer Crowell
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
*Counsel for American Express, Inc.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: June 13, 2023