George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff(s)*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Gail Belcher,<br><br>         Plaintiff<br><br>    v.<br><br>Experian Information Solutions, Inc., Trans Union, LLC, American Express, Inc., Capital One Bank, USA, NA, Synchrony Financial dba SYNCB/Amazon and Discover Financial Services, Inc.,<br><br>         Defendants | Case No.: 2:23-cv-00072-CDS-NJK<br><br>**Order Granting Stipulation for dismissal of Synchrony Financial dba SYNCB/Amazon with prejudice**<br><br>**[ECF No. 51]** |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Gail Belcher and Synchrony Financial dba SYNCB/Amazon stipulate to dismiss Plaintiff's claims against Synchrony Financial dba SYNCB/Amazon with prejudice.

///

///

_____

STIPULATION                            - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

The Clerk of Court may close this case.

Dated: June 21, 2023.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff(s)*

**LEWIS ROCA ROTHGERBER CHRISTIE, LLP**

/s/ Brittni A. Tanenbaum
J Christopher Jorgensen, Esq.
Brittni A. Tanenbaum, Esq.
Lewis Roca Rothgerber Christie, LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Counsel for Synchrony Bank*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: June 21, 2023